FILED
2020 Sep-30 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## NORTHERN DISTRICT OF ALABAMA

Rachel Denita Benfield )
**Plaintiff** )
*(Write your full name. No more than one plaintiff may be named in a pro se* )
*complaint)* )
)
)
-v- )  Case No. 5:20-CV-1500-AKK
)  (to be filled in by the Clerk's Office)
)
)  JURY TRIAL  ☐ Yes  ☐ No
Matthew Welsh (ACE-IT) Contract )
)
Ronnie Grey, Craig Karns )
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the names of all* )
*defendants cannot fit in the space above or on page 2, please write "see* )
*attached" in the space and attach an additional page with the full list of* )
*names)* )
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

**I.**    **The Parties to This Complaint**

A.    The Plaintiff
Name:    Rachel Benfield
Street Address    1117 Magnolia St #3
City and County    Decatur, Morgan
State and Zip Code    Alabama, 35601
Telephone Number    256 731-7472

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Defendant No. 1
    Name             Ronnie Greg
    Job or Title      Patch Analyst
    Street Address
    City and County    Huntsville, Alabama - Redstone
    State and Zip Code                         Arsenal

Defendant No. 2
    Name             Jerome - Miller Whyte
    Job or Title      Patch Analyst
    Street Address
    City and County    Huntsville, Al - Redstone Arsenal
    State and Zip Code

Defendant No. 3
    Name             Craig Karns
    Job or Title      Patch Analyst Lead
    Street Address
    City and County    Huntsville, Al Redstone Arsenal
    State and Zip Code

Defendant No. 4
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 5
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev. 10/16)

II.    **Basis for Jurisdiction**

Federal courts are court of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question    ☑ USA Defendant    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _Rachel Benfield_

Address _1117 Magnolia St 3 Decatur, Al 35601_

B.    **If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Electronic Harassment, To commit bodily Injury or to threaten to._

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

The plaintiff, *(name)* _Rachel Benfield_, is a citizen of the State of *(name)* _Alabama_.

2. The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _Rachel Benfield_, is a citizen of the State of *(name)* _Alabama_. Or is a citizen of *(foreign nation)* _____.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

    b.    If the defendant is a corporation
        The defendant, *(name)* Rachel Benfield , is incorporated
        under the laws of the State of *(name)* Alabama , and has its
        principal place of business in the State of *(name)* Alabama .
        Or is incorporated under the laws of *(foreign nation)* ,
        and has its principal place of business in *(name)* Decatur, Hunts Huntsville, Al

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy — the amount the plaintiff claims the defendant owes or the amount at state — is more than $75,000, not counting interest and costs of court, because *(explain)*

    N/A

## III.   Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ronnie Grey, Without Consent Implanted and stole my hair strands without permission to threaten and cause bodily injury.

## IV.   Relief

State Briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Emotional and Psychological damage, Bio-Data - Demand the removal of any Technologies designed to affect our minds, emotions or behavior. It is a violation of the Constitution and natural laws. Victims include, Rachel Benfield, Betty Benfield, Kaleb Hightower, Demetrius Hightower and any persons affiliated with Rachel Benfield

**V.      Certification and Closing**
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Rachel_    Last Name _Benfield_

Mailing Address _1117 Magnolia St #3_

City and State _Decatur, Al_    Zip Code _35601_

Telephone Number _256 751 7472_

E-mail Address _rachel38.benfield@gmail.com_

Signature of plaintiff _Rachel Benfield_

Date signed _9/25/20_

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You may not file documents or communicate with the Court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:
- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov.
- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

Note: You must promptly notice the Clerk's Office, in writing if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

E-mail type:

☑ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the Court will test and verify receipt, you will be allowed to receive electronic notifications.

Submitting this request the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5 (b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

rachel 38. benfield @ gmail . com

Participant signature: Rachel Benfield

Date: 9/25/20

Dear sirs.

I too am a wrongfully, targeted individual, one of thousands. I would like to lend my support to the facts and assertions in this letter being factual to the best of my knowledge and experience. Please, shut down the fraudulent FISA / Fusion Center / Infragard Persecution War machine. I fear for my life, I fear for my family, I fear for my country.

Date: September 25th 2020

Name: Rachel Benfield, possible target Minor Kaleb Hightower

City: Demetrius Hightower, Betty Benfield Decatur,

State: Alabama

Length of time persecuted: 6 years

(Optional) contact info: 256 751 7472.

1117 Magnolia St # 3

Decatur, Al 35601

rachel38.benfield@gmail.com

— I DO NOT CONSENT

Case 3:19-cv-02407-CAB-AHG    Document 3    Filed 02/26/20    PageID.54    Page 1 of 87

**FILED**

**Feb 26 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Cyrus A. Parsa, The AI Organization
4275 Executive Square Suite 200
La Jolla, California, 92037
Phone Number (805-996-0135)
Email: Consult@theaiorganization.com

Cyrus A. Parsa, The AI Organization, PRO SE,

# UNITED STATES DISTRICT COURT SOUTHERN

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| The AI Organization, Inc, Cyrus A. Parsa, The Worlds People, Victims of Persecution, Rape, Torture, Concentration Camps, Sex, Human and Organ Trafficking and Organ Harvesting in China, Hong Kong, America and Around the World, not limited to democracy activists, Falun Dafa Practitioners, Uyghurs, Christians, Tibetans, Judges, Lawyers and Journalists tortured and killed in China. John Does 1-Unlimited | Case No.: '19CV2407 CAB AHG |
| Plaintiff(s), | **FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JUDGE** |
| vs. | Honorable |
| Google LLC, Barack Hussein Obama, Joe Biden, Hunter Biden, Hillary Clinton, Eric Schmidt, Nancy Pelosi, John O. Brennan, James Comey, Andrew McCabe, James Clapper, Facebook, Inc, DeepMind Inc, Alphabet Inc, The World Bank, Neuralink Inc, Tesla Inc, Larry Page, Sergey Brin, Sundar Pichai, Mark Zuckerberg, Elon Musk, Amazon, Jeff Bezos, Microsoft, Bill Gates, CISION PR NewsWire, CNN, Cable News Network, Anderson Cooper, Don Lemon, MSNBC, Rachel Maddow, James Clapper, Washington Post, New York Times, Time Magazine, Massachusetts Institute of Technology, Harvard, Adam Schiff, Wyss Institute, Darper, Qualcomm, George Soros, Soros Fund Management, Open Society Foundations, University of Vermont, Joshua Bongard and Sam Kriegman, Rockefeller Foundation, Huawei, Boston Dynamics, Hanson Robotics, Didi Chuxing, Megvii Face++, Alibaba, Sensetime, ICarbon X, Festo, Chinese Communist Party, & John Doe's 1-Unlimited Defendant(s). | United States District Judge |
| | **(1)MISUSE OF ARTIFICIAL INTELLIGENCE, CYBERNETICS, ROBOTICS, BIOMETRICS, FACIAL RECOGNITION, BIOENGINEERING, BIOTECHNOLOGY, 5G, 6G, AND QUANTUM COMPUTING TECNNOLOGY, ENDANGERING ALL THE WORLDS PEOPLE** |
| | **(2)ENDANGERING THE HUMAN RACE WITH THE MISUSE OF ARTIFICAL INTELLIGENCE TECHNOLOGY, BUILDING AGI-ASI SYSTEMS** |

- 1 -



 **targetedunited** • Following                    •••

 **BluDragon**
@BluDragon8                                                    ∨

Court recognizes ==electronic==
==harassment==:  Rep James Guest
of MO assisting victims of
covert-stalking & electronic attack
(2008 court documents).

                     COPY

JAMES O. GUEST
STATE REPRESENTATIVE
DISTRICT ADDRESS

P.O. BOX 412
KING CITY, MO  64463

Tele. 660-535-6664

To Whom It May Concern

I have worked for 3 years with Microwave and Electronic Harassment victims throughout the US and
overseas. It is hard for others to understand the technology that is being used to destroy people's lives. I know
James because he contacted me for help. James has worked to find proof of what has happened to him.
Many victims try hard to get help from professional doctors to help find devices such as Veri-Chip. I would
request that you and those who can make a difference would help James and others to find answers.



Rachel Benfield @ Redstone Arsenal Building 4629

Whistle blowers that know who can be subpoena that have seen things because there are about 16 folks involved. Witnesses are, Jerome Miller - Why te move to Atlanta, In Building 4629 Tracy Lay, Gloria Gregory - Turn over



Ronnie Grey Standing behind Me is a perpetrator Craig karns on the far left is a perpetrator

Without Consent                    Ace IT contract

These folks Know?

Witness some better implanted — Jerome Miller - Whyte - Moved to Atlanta works @ At&T

Gloria Greogry Building 4629

Tracy Lay - Building 4629 Tier 2 employee, Tried t help

William Compton - Nasa Employee

Rodney Womack - Number 256-544-5203

Tom Potts - 4629 - Tried to help me

Mel Ontiveros Phone number 256-544-5061

703-244-0545 This is who to sue Matthew Welsh - Over the whole contract # 4666

Matthew Johnson - Tried to help me, Building 4629

Jennifer Tingle - Manager, Building 4629, Tried to help

September 2019

Federal Judge **Trenga** from the Eastern District of Virginia has just ruled that Watch Lists are unconstitutional.

The Supreme Court decision, **Norton vs Shelby Co.** settled the fact that there is no immunity from following unconstitutional laws.